IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS W. BURRELL                                            PETITIONER

v.                          5:07CV00115 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this __17__ day of __August__, 2007.

_____
UNITED STATES DISTRICT JUDGE