IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS W. BURRELL                                                         PETITIONER

v.                                  5:07CV00115 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ADJUDGED this   17   day of   August  , 2007.

_____
UNITED STATES DISTRICT JUDGE